# United States Court of Appeals
## For the First Circuit

No.99-2125

UNITED STATES OF AMERICA,

Appellant,

v.

JULIO CÉSAR LUNA-DÍAZ,
a/k/a FEDERICO ANTONIO SOTO-PENA

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on July 27, 2000, is amended as follows:

Page 5, line 3:  Delete "1983" and insert in its place "1993".